**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

JIMMY DOUGLAS,

    Plaintiff,

v.

TRANSFINANCIAL COMPANIES INC,

    Defendant.

PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

**COMPLAINT**

JIMMY DOUGLAS ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against TRANSFINANCIAL COMPANIES INC, ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(1) and (2).

## PARTIES

6. Plaintiff is a natural person residing in Baton Rouge, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a local company located in Baton Rouge, Louisiana.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant contacted Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant regularly contacted Plaintiff on a daily basis, sometimes multiple times per day on Plaintiff's cell phone 225-938-7710.

13. Plaintiff told Defendant to stop calling but Defendant kept calling Plaintiff. Defendant also hung up the phone on Plaintiff on occasion.

14. On approximately three (3) to four (4) separate occasions Defendant threatened to file a lawsuit against Plaintiff unless the alleged debt was immediately paid.

15. To the best of Plaintiff's knowledge and belief, Defendant has never filed a lawsuit against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy, harass and oppress Plaintiff; and

b) Defendant violated §1692e(5) of the FDCPA by threatening to take action that could not legally be taken or that was not intended to be taken by threatening to file a lawsuit against Plaintiff.

WHEREFORE, Plaintiff, JIMMY DOUGLAS, respectfully requests judgment be entered against Defendant, TRANSFINANCIAL COMPANIES INC, for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

19. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  August 11, 2011

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
4429 Herrmann Street, Apt. D
Metairie, Louisiana 70006

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JIMMY DOUGLAS, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF LOUISIANA

Plaintiff, JIMMY DOUGLAS, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JIMMY DOUGLAS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_6/28/11_
Date

_[signature]_
JIMMY DOUGLAS