RECEIVED
JUN 17 2013
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

United States District Court
Middle District of Louisiana
FILED
06/17/2013

JIMMY DOUGLAS

VERSUS

TRANSFINANCIAL COMPANIES INC.

CIVIL ACTION

NO. 11-547-JJB

## ORDER

Considering that fact that plaintiff has failed to take any action in this matter since his counsel withdrew in May of 2012; and the fact that plaintiff failed to appear for the pretrial conference set this date;

IT IS ORDERED that plaintiff Jimmy Douglas file a response in writing within **14 days** of the date of mailing of this order. If no such written response is filed in the record within that time period, this action will be (without any further orders by this court) considered to be dismissed. However, such dismissal shall be without prejudice to the right, upon good cause shown, to reopen the case within **30** days, pursuant to Local Rule 41.2.

IT IS ORDERED that the Clerk of Court serve, by certified mail or other means which provides tracking and delivery confirmation, a copy of this order on Jimmy Douglas.

Baton Rouge, Louisiana, May 20, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Not
5/21/13

Jimmy Douglas
14444 Callomar St
Baton Rouge, LA 70811

CERTIFIED MAIL
7004 1160 0003 2648 4792

NIXIE      708     SE 1      00  06/14/13
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 70801175699      *2865-08882-21-37*